1002

[No. 29255-6-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. PIARRE DINARD PRICE, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 01-1-04749-5, Stephanie A. Arend, J., entered August 9, 2002. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Quinn-Brintnall, C.J., and Van Deren, J. Now published at 126 Wn. App. 617.

[No. 30763-4-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE L. GUZMAN-BALBUENA, *Appellant*.

Appeal from a judgment of the Superior Court for Mason County, No. 03-1-00188-1, Toni A. Sheldon, J., entered August 21, 2003. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, C.J., dissenting.

[No. 31025-2-II. Division Two. February 23, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. ORVILLE MICHAEL RICE, *Appellant*.

Appeal from a judgment of the Superior Court for Clark County, No. 02-1-01755-0, Barbara D. Johnson, J., entered October 23, 2003. *Reversed* by unpublished opinion per Bridgewater, J., concurred in by Houghton, J.; Quinn-Brintnall, C.J., dissenting.